UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                         Cr. No. 1:21-cr-00550 (SJ)(MMH)

      v.

                                                   **NOTICE OF APPEARANCE**

ERIC GOLDSTEIN,
BLAINE ILER,
MICHAEL TURLEY and
BRIAN TWOMEY,

                       Defendants.
-----------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that Bradley Henry hereby appears as counsel for Defendant Blaine Iler in this action, certifies that he is admitted to practice in this Court, and further requests that all subsequent papers be served upon him at the address indicated below.

Dated:  New York, New York
           November 1, 2021

                                       Respectfully submitted,

                                       MICHELMAN & ROBINSON, LLP

                                       <u>/s/ Bradley Henry</u>
                                       Bradley Henry
                                       800 Third Avenue, 24th Floor
                                       New York, NY 10022
                                       Tel: (212) 730-7700
                                       Fax: (212) 730-7725
                                       bhenry@mrllp.com

                                       *Attorneys for Defendant Blaine Iler*